# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*, | Case No. 2:13-CV-01499-APG-GWF |
| Plaintiffs, | **ORDER** |
| v. | |
| SAL ROSELLI, *et al.*, | |
| Defendants. | |

Based on the Plaintiffs' Status Report (Dkt. #39),

IT IS ORDERED that the clerk of court shall close this case.

DATED this 10th day of February, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE